IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Lia Miljour,<br><br>      Plaintiff,<br><br>vs.<br><br>Grant & Weber Arizona, Inc.,<br><br>      Defendant. | No. CV-11-01262-PHX-NVW<br><br>**ORDER** |

The Court having been notified that this matter has settled (Doc. 5);

**IT IS ORDERED** that this action will be dismissed by the Clerk's Office without further notice on **October 21, 2011** unless prior thereto a judgment or order of dismissal is entered.

DATED this 23rd day of August, 2011.

_____
Neil V. Wake
United States District Judge